**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James R. Walker,

Plaintiff,

v.

UnumProvident Corporation,
f/k/a Provident Life & Accident
Insurance Company,

Defendant.

Civil No. 01-1795 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Stephen W. Cooper, Esq., and Stacey R. Everson, Esq., Cooper Law Office, 800 Ceresota Building, 155 5th Avenue South, Minneapolis, Minnesota 55401, counsel for Plaintiff.

John Harper III, Esq., and Terrance J. Wagener, Esq., Krass Monroe, 1100 Southpoint Office Center, 1650 West 82nd Street, Bloomington, Minnesota 55431, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 3, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed FEB 03 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________