UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

James R. Walker,

Plaintiff,

v.

UnumProvident Corporation, f/k/a/
Provident Life and Accident Insurance Co.

Defendant.

---

Court File No. 01-1795 (DWF/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

The Parties stipulate, by and through their undersigned counsel, that the above-entitled action is hereby dismissed on its merits and with prejudice, but without costs to either party. The Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss this action of record.

Dated: 03/04/03

**THE COOPER LAW FIRM, CHARTERED**

Stephen W. Cooper (ID No. 18788)
Stacey R. Everson (ID No. 219277)
800 Ceresota Building
155 5th Avenue South
Minneapolis, MN 55401
Telephone: (612) 338-3533
Attorneys for Plaintiff

Dated: 3-5-03

**KRASS MONROE, P.A.**

John Harper III (ID No. 41397)
Terrance J. Wagener (ID No. 213676)
Suite 1100 South Point Office Center
1650 West 82nd Street
Bloomington, MN 55431
Telephone: (952) 885-5999
Attorneys for Defendant

MAR 07 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER FOR DISMISSAL**

Pursuant to Stipulation of the Parties, it is hereby ordered that the above-entitled action is hereby dismissed with prejudice and without costs to either part.

Dated: 3/7/03

**BY THE COURT**

Judge of United States District Court

G:\WPDATA\U\UNUMPROVIDENT\53-WALKER\PLD\STIP OF DISMISSAL AND ORDER.DOC